452 A.2d 1101

Commonwealth v. Lee, Appellant.

Submitted September 20, 1982.   George Shultz, Assistant Public Defender, for appellant;  William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

452 A.2d 1102

Commonwealth v. Mack, Appellant.

Submitted June 2, 1982.   John Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The judgment of sentence is affirmed.